UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAEDYN-KHRIS RAQUEL BEAUMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURUS TECHNOLOGIES, INC.,<br><br>    Defendant. | CASE NO. 2:22-cv-00147-BHS-TLF<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Theresa Fricke's Report and Recommendation ("R&R"), Dkt. 11, recommending that the Court DENY pro se plaintiff Haedyn-Khris Beaumann's Motion for a Preliminary Injunction, Dkt. 6.

Beaumann has not objected to the R&R under Federal Rule of Civil Procedure 72, and the time for doing so is passed. It also appears that the motion is moot, based on Beaumann's subsequent transfer to a different facility.

The R&R is **ADOPTED**, and Beaumann's Motion for a Preliminary Injunction, Dkt. 6, is **DENIED**. The clerk shall send copies of this Order to Magistrate Judge Fricke, to counsel, and to Beaumann at her updated address.

ORDER - 1

1  IT IS SO ORDERED.

2  Dated this 17th day of June, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2