UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HAEDYN-KHRIS RAQUEL BEAUMANN,

    Plaintiff,

v.

SECURUS TECHNOLOGIES INC,

    Defendant.

Case No. 2:22-cv-0147-BHS-TLF

ORDER

This matter comes before the Court on plaintiff's motion for extension of time. Dkt. 16. Plaintiff requests an extension of time to respond to the Court's Order to Show Cause. Dkt. 16. Plaintiff states that an extension of time is necessary because plaintiff has limited access to the law library due to the COVID-19 restrictions and related staffing shortages; because plaintiff is a pro se litigant the restricted library access is causing delay. Dkt. 16. Plaintiff also requests that the Court resend plaintiff the appropriate form for filing a civil rights complaint. Dkt. 16.

Based on the foregoing, the Court finds good cause to grant plaintiff's motion. Plaintiff shall have until October 7, 2022 to respond to the Court's Order to Show Cause. If plaintiff files an amended complaint, the complaint must be legibly written or retyped in its entirety and contain the same case number. Any cause of action alleged in the original complaint that is not alleged in the amended complaint is waived. *Forsyth v.*

ORDER - 1

1  *Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), overruled in part on other grounds,
2  *Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012).

3  The Court will screen the proposed amended complaint to determine whether it states a claim. If plaintiff fails to respond to the Court's Order or fails to adequately address the issues raised, the undersigned will recommend dismissal of plaintiff's complaint.

7  The Clerk is directed to send plaintiff the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint and for service, and a copy of this Order.

9  Dated this 11th day of August, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2