UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HAEDYN-KHRIS RAQUEL BEAUMANN,

               Plaintiff,

  v.

SECURUS TECHNOLOGIES INC,

               Defendant.

Case No. 2:22-cv-0147-BHS-TLF

ORDER

      This matter comes before the Court on plaintiff's motion for extension of time. Dkt. 18. Plaintiff requests an extension of time to respond to the Court's Order to Show Cause. Dkt. 18. Plaintiff states that an extension of time is necessary because plaintiff was recently discharged from the Intensive Care Unit and is currently being held in the Treatment and Evaluation Center. Dkt. 18. Plaintiff states that plaintiff has been unable to work on a response to the Court's Order to Show Cause since being admitted to the Intensive Care Unit. Dkt. 18. Plaintiff also requests that the Court send plaintiff a copy of the complaint in this action because plaintiff no longer has access to the original complaint. Dkt. 18.

      Based on the foregoing, the Court finds good cause to grant plaintiff's motion. Plaintiff shall have until January 20, 2023 to respond to the Court's Order to Show Cause. If plaintiff files an amended complaint, the complaint must be legibly written or retyped in its entirety and contain the same case number. Any cause of action alleged in

ORDER - 1

the original complaint that is not alleged in the amended complaint is waived. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), overruled in part on other grounds, *Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012).

The Court will screen the proposed amended complaint to determine whether it states a claim. If plaintiff fails to respond to the Court's Order or fails to adequately address the issues raised, the undersigned will recommend dismissal of plaintiff's complaint.

The Clerk is directed to send plaintiff the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint, and for service, a copy of plaintiff's complaint (Dkt. 5) and a copy of this Order.

Dated this 1st day of November, 2022.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 2