UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAEDYN-KHRIS RAQUEL BEAUMANN,<br><br>  Plaintiff,<br>v.<br><br>SECURUS TECHNOLOGIES INC,<br><br>  Defendants. | Case No. 2:22-cv-147-BHS-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR APRIL 7, 2023 |

On February 5, 2022, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). The Court granted Plaintiff's motion on February 16, 2022. Dkt. 4. On July 22, 2022, the Court ordered Plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 15.

Plaintiff was given until August 19, 2022, to show cause why his complaint should not be dismissed or file an amended complaint. The Court granted Plaintiff two extensions of time to respond to the Court's order to show cause. He had until January 20, 2023 to do so. Dkts. 17, 19. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court dismiss his action without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also*

REPORT AND RECOMMENDATION - 1

Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on April 7, 2023, as noted in the caption.

Dated this 21st day of March, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2