

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAEDYN-KHRIS RAQUEL BEAUMANN,<br><br>Plaintiff,<br><br>v.<br><br>SECURUS TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 2:22-cv-00147-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge Theresa L. Fricke's Report and Recommendation ("R&R"), recommending that this Court dismiss Plaintiff Haedyn-Khris Raquel Beaumann's complaint without prejudice for failure to prosecute. Dkt. 20. The Court, having considered the R&R and the remaining record, and no objections having been filed, orders as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff Haedyn-Khris Raquel Beaumann's Complaint is **DISMISSED without prejudice**; and

(3) The Clerk is directed to send a copy of this Order to Beaumann.

ORDER - 1

1  Dated this 17th day of April, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2